# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re KENNETH AARON HENDERSON | Case No.: 3:17-MC-00100<br><br>**ORDER DENYING REIMBURSEMENT** |

On January 27, 2017 this Court received a document from Kenneth Aaron Henderson entitled "Appointment of Public-Minister," a miscellaneous filing not related to any current civil or criminal case in this district. The document was notarized on July 8, 2016 in Los Angeles Country, California. Mr. Henderson paid the filing fee of $47.00 for miscellaneous papers by money order to the Clerk's office. Mr. Henderson's document was rejected by this Court on March 7, 2017, as the document did not relate to a case in this or any other district court. (ECF No. 2). On March 23, 2017, Mr. Henderson sent the Court a letter demanding a refund of his $47.00. For the reasons stated below, Mr. Henderson will **NOT** be issued a refund.

## I. THERE IS NO "CASE OR CONTROVERSY":

Article III, §2 of the U.S. Constitution limits the jurisdiction of the federal

courts to "Cases" and "Controversies." U.S. Const. art. III, §2, cl.1. In the instant matter, there is no present injury, case or controversy to which the filing relates. Mr. Henderson has simply submitted his filing to the Clerk to be retained by this Court. Without any sort of cognizable injury, case or controversy, the Court has no jurisdiction.

## II.  COURT NOT A PUBLIC FILE REPOSITORY:

The Court's docket was never meant to be a public file repository. Other federal courts have held that petitioners must show an adequate basis to open and maintain a miscellaneous case. *See In re Atchison-Jorgan*, No. 12-MC-50879, 2014 WL 1516218, at *1 (E.D. Mich, Apr. 17, 2014); *see also Kerman-Ray of House of Carr v. Martinez*, No. 15-MC-00045-GPG, 2015 WL 1577623, at *2 (D. Colo. Apr. 2, 2015). Mr. Henderson is not attempting to commence a civil action, as he did not file a complaint as required by Federal Rule of Civil Procedure 3, nor does he suggest that he is seeking any relief from the Court. *See* Fed. R. Civ. P. 3. It appears that Mr. Henderson is attempting to give his filing some sort of legal effect by creating a public miscellaneous file with the docket of this Court. Mr. Henderson is not entitled to "utilize the court as a record-keeping system." *Robinson v. Court Clerks, E. Dist. of California, Sacramento*, No. CIV 11-2679 JAM EFB, 2012 WL 219147, at *2 (E.D. Cal. Jan. 24, 2012). Since he has not shown an adequate basis to maintain a miscellaneous case, this Court now rejects the filing.

## III. NO REFUND OF FILING FEES:

The Administrative Office of the U.S. Courts' Guide to Judiciary Policy (the "Guide") states that filing fee refunds are generally prohibited "even if a party filed the case in error or the court dismissed the case or proceeding." Guide to Judiciary Policy, Vol. 4, Ch. 6, § 650.10, *available at* http://jnet.ao.dcn/policy-guidance/guide-judiciary-policy/volume-4-court-and-case-administration/ch-6-fees. The only limited refund authority afforded to the courts is in situations

where "errors in electronic payments are made," specifically when erroneous or duplicate payments are made online.  Id. § 650.20(a).  Mr. Henderson did not make his payment electronically.

The Guide is of persuasive authority as it codifies the policies promulgated by the Director of the Administrative Office and "approved by the Judicial Conference of the United States."  *In re Sony BMG Music Entm't*, 564 F.3d 1, 7 (1st Cir. 2009); *see also Kitzmiller v. Dover Area Sch. Dist.*, 388 F. Supp. 2d 484, 486-87 (M.D. Pa. 2005).  It is the "official medium by which direction as to courtroom procedures and other information are provided to the Federal Judiciary in support of its day-to-day operations."  *In re Sony*, 564 F.3d at 7 (quoting *Kitzmiller*, 388 F. Supp. at 486-87).  The Court sees no reason it should go against the procedures contained in the Guide in the present matter.  Therefore, Mr. Henderson's filing fee will not be refunded.

## IV. CONCLUSION

For the reasons discussed above, Mr. Henderson will **NOT** be issued a refund.

**IT IS SO ORDERED.**

Dated:  July 28, 2017

Barry Ted Moskowitz, Chief Judge
United States District Court